# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3880

_____

United States of America,          *
                                   *
          Appellee,                *
                                   *    Appeal from the United States
     v .                           *    District Court for the
                                   *    District of Minnesota.
Homero Mendoza-Gomez, also known   *
as Marcos,                         *    [UNPUBLISHED]
                                   *
          Appellant.               *

_____

Submitted:  June 24, 2009
    Filed:  July 30, 2009

_____

Before WOLLMAN, MURPHY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

       Homero Mendoza-Gomez appeals the 108-month prison sentence imposed by the district court[1] after he pleaded guilty to a drug offense.  On appeal, counsel has moved to withdraw and has filed a brief under Anders v. California, 386 U.S. 738 (1967), in which she questions the sentence's reasonableness.  We affirm.

_____

       [1]The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota.

The sentence is presumptively reasonable because it falls within the undisputed advisory Guidelines range, and Mendoza-Gomez has not rebutted the presumption. See Rita v. United States, 551 U.S. 338, 346-47 (2007) (approving presumption); United States v. Harris, 493 F.3d 928, 932 (8th Cir. 2007) (sentence within advisory Guidelines range is presumptively reasonable), cert. denied, 128 S. Ct. 1263 (2008); United States v. Haack, 403 F.3d 997, 1003 (8th. Cir. 2005) (appeals court reviews sentence for abuse of discretion, i.e., unreasonableness). Specifically, we see no indication in the record that the district court based the sentence on an improper or irrelevant factor, failed to consider a relevant factor, or made a clear error of judgment in weighing appropriate factors. See Haack, 403 F.3d at 1003-04 (listing circumstances in which abuse of discretion may occur). Further, having reviewed the record under Penson v. Ohio, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues.

Accordingly, we affirm, and we grant counsel's motion to withdraw on the condition that counsel inform appellant about the procedures for filing petitions for rehearing and for certiorari.

_____